IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

CRANE MAN, INC.                                  Chapter 11
                                             Case No. 22-20172
    Debtor-in-Possession                       Reorganization – Subchapter V

## MOTION TO CLOSE CASE

Now comes the Debtor, by and through undersigned counsel, and requests the Court to close the above-styled proceeding. In support of the motion, the Debtor states as follows:

1. This proceeding was filed on November 8, 2022.

2. That the Chapter 11 Plan was confirmed on April 12, 2023, and assets were administered.

3. That there are no adversary proceeding that was pending in this matter.

4. There are no other matters to be resolved by this Court and this matter is ripe for closure; the Debtor has made its first distribution to unsecured creditors; the Debtor has been paying the secured creditor and has been paying the Subchapter V Trustee and therefore believes that this matter maybe closed.

WHEREFORE, the Debtor requests that this Court close the above-styled Chapter 11 proceeding, and for such other and further relief as this Court deems appropriate and just

                                                                              CRANE MAN, INC.,
                                                                              By Counsel,

*/s/ Andrew S. Nason*
ANDREW S. NASON (WVSB #2707)
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361
*Counsel for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

CRANE MAN, INC.

    Debtor-in-Possession

Chapter 11
Case No.  22-20172
Reorganization – Subchapter V

## CERTIFICATE OF SERVICE

    I, Andrew S. Nason, counsel for the Debtor, do hereby certify that I have served copies of the **MOTION TO CLOSE CASE** upon the following by *ELECTRONIC FILING*, on the 18th day of July, 2023.

    Joe Supple, (served electronically)

    Shari Collias, (served electronically)

    Peter Pearl, (served electronically)

*/s/ Andrew S. Nason*
ANDREW S. NASON (WVSB #2707)
Pepper & Nason
8 Hale Street
Charleston, WV  25301
(304) 346-0361
*Counsel for Debtor*